PROB 12B
(7/93)

Case 2:03-cr-00048-WHA-WC   Document 58   Filed 10/06/06   Page 1 of 3

Case 2:03-cr-00048-WHA-VPM   Document 57   Filed 10/05/2006   Page 1 of 2

PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marcus Atwan Jenkins       Case Number: 2:03cr48-A

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Sr. U.S. District Judge

Date of Original Sentence: July 6, 2004

Original Offense: Felon in Possession of a Firearm

Original Sentence: 24 months custody of the BOP to be followed by 3 years of supervised release

Type of Supervision: supervised release       Date Supervision Commenced: June 6, 2006

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant shall participate in a program of drug testing as directed by the probation officer.

## CAUSE

On August 28, 2006, Jenkins provided a urine sample which yielded presumptive positive results for marijuana. Jenkins initially denied having used marijuana with the sample being forwarded to Scientific Testing Laboratories, Inc. for confirmation. On September 5, 2005, the lab confirmed that the sample submitted on August 28, 2006, was positive for marijuana.

On September 12, 2006, Jenkins reported to the U.S. Probation Office as instructed and was informed of the confirmed test results. Jenkins admitted to having used marijuana prior to submitting the sample on August 28, 2006. The modification will allow the supervising officer to place Jenkins on the code-a-phone drug testing system.

Respectfully submitted,

by   /s/ Jason M. Dillon
     Jason M. Dillon
     U.S. Probation Officer
     Date: October 5, 2006

PROB 12B
(7/93)

Reviewed and approved:  /s/ David Ron Thweatt
Supervisory U. S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above

_____
Signature of Judicial Officer

10/6/06
Date

PROB 49

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | DOCKET NO. 2:03cr48-A |
| | ) | |

**Marcus Antwan Jenkins**

## WAIVER OF HEARING TO MODIFY CONDITIONS
## OF SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in a program of drug testing as directed by the probation officer.**

_[signature]_
Probationer

Witness: _[signature]_
U. S. Probation Officer

OCTOBER 2, 2006
Date